# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Clark Construction Group, LLC | ) | ASBCA No. 60791 |
| | ) | |
| Under Contract No. W912DR-09-C-0052 | ) | |

APPEARANCES FOR THE APPELLANT:

Robert M. Moore, Esq.
Robert D. Windus, Esq.
Casey J. McKinnon, Esq.
  Moore & Lee, LLP
  McLean, VA

APPEARANCES FOR THE GOVERNMENT:

Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
Scott C. Seufert, Esq.
David B. Jerger, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Baltimore

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 13 January 2017

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60791, Appeal of Clark Construction Group, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals